Marc Van Der Hout (California Bar # 80778)
Zachary Nightingale (California Bar #184501)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner
Deep Kumar VOHRA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Deep Kumar VOHRA<br><br>　　　Petitioner,<br><br>　　　v.<br><br>David STILL, in his Official Capacity, District Director, United States Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco, California;<br><br>Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security<br><br>　　　Respondents. | No. C 05-02723 SBA<br>―――――――<br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER |

On July 1, 2005, Petitioner filed a Petition for Review pursuant to 8 U.S.C. § 1447(b), Immigration and Nationality Act ("INA") § 336(b), seeking de novo judicial review of his application for naturalization, requesting that the Court grant his application for naturalization or, alternatively, order that a hearing take place in this matter, as Petitioner's application remained unadjudicated more than 120 days after the date of the naturalization examination.

Counsel for Respondents is informed that the United States Citizenship and Immigration Services ("CIS") is prepared to adjudicate Petitioner's naturalization application within 30 days of the dismissal of this action. Pursuant to the Ninth Circuit's decision in United States v. Hovsepian, 359 F.3d 1144 (9th Cir. 2004), the CIS loses jurisdiction to adjudicate the naturalization application of an alien who has a petition for de novo review of that application pending before the District Court. Hovsepian, 359 F. 3d at 1162-1163; see also Bellajaro v. Schiltgen, 378 F.3d 1042, 1046 (9th Cir. 2004). Accordingly, the parties hereby request that this Court dismiss the pending petition to allow the CIS to adjudicate Petitioner's application for naturalization within 30 days of the dismissal, as Petitioner's application has been pending for approximately eighteen months since the date of his naturalization interview. The parties request the dismissal occur without prejudice to allow the Petitioner to file a new petition should the CIS again fail to timely adjudicate the application or should the application be denied.

Each of the parties shall bear their own costs and fees.

Dated: September 15, 2005                                  Respectfully submitted,


                                                           _____/s/_____
                                                           Marc Van Der Hout
                                                           Zachary Nightingale

                                                           Attorneys for Petitioner

Mot. For Voluntary Dismissal                1                                No. C 05-02723

```
                                        _____/s/_____
                                        Edward Olsen

                                        Assistant United States Attorney
                                        Attorney for Respondents
```

I declare under penalty of perjury that concurrence in the filing of this document has been obtained from Edward Olsen.

```
                                        _____/s/_____
Dated: September 15, 2005               Marc Van Der Hout
```

Pursuant to stipulation, IT IS SO ORDERED

```
                                        _____
 Dated: 9-19-05                         Hon. Saundra Armstrong
                                        United States District Judge
```

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Saundra B. Armstrong]*